✎ PS 8
(3/15)

Case 4:21-cr-06016-MKD   ECF No. 86   filed 07/05/23   PageID.301   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Halls, Larry Jay          Docket No.    0980 4:21CR06016-MKD-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Larry Jay Halls, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 7th day of May 2021, under the following conditions:

**Special Condition #5:** Defendant may not loiter within 500 feet of any school, childcare facility, playground, park, athletic field or facility, or any other business or facility having the principal purpose of caring for, educating, or entertaining minors.

**Special Condition #10:** Home Confinement: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Defendant commenced supervised release on May 7, 2021. His pretrial release supervision conditions were reviewed with and acknowledged by the Defendant on the same date.

**Violation #1:** The Defendant is considered to be in violation of his conditions of release by going to Golf Universe's miniature golf facility in Kennewick, Washington, on June 20, 2023, without permission.

Upon review of Defendant's daily global positioning system (GPS) monitoring points, Defendant was at Golf Universe's miniature golf course from 12:19 p.m. until 12:40 p.m. on June 20, 2023. Defendant had previously been approved time out from his home to attend a work meeting at 10 a.m., in addition to his normal work schedule from 2:30 p.m. until 12 a.m. He did not ask for approval to attend this location from the undersigned officer.

Defendant was contacted by telephone on June 26, 2023, and asked why he was at this location. Defendant explained that his manager took him and another employee miniature golfing as thanks for the hard work and long hours they have been putting in.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   June 28, 2023 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Halls, Larry Jay
June 28, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

July 5, 2023
Date