# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Halls, Larry Jay | Docket No. | 0980 4:21CR06016-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Larry Jay Halls, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 7th day of May 2021, under the following conditions:

**Special Condition #5:** Defendant may not loiter within 500 feet of any school, childcare facility, playground, park, athletic field or facility, or any other business or facility having the principal purpose of caring for, education, or entertaining minors.

**Special Condition #9:** <u>GPS (Global Positioning System) Location Monitoring</u>: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Unites States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

**Special Condition #10:** <u>Home Confinement</u>: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On May 7, 2021, a U.S. probation officer reviewed with the defendant all the conditions of release. The defendant signed a copy of his conditions of release and by doing so he acknowledged a full understanding of all his conditions, to include the special conditions, as noted above.

**<u>Violation #1</u>:** Larry Jay Halls is alleged to be in violation of his pretrial release conditions by failing to comply with home confinement by deviating from his approved location monitoring schedule on or about July 29, 2023.

Mr. Halls was approved to leave his residence on July 29, 2023, for employment at Texas Roadhouse in Kennewick, Washington. Mr. Halls reported he did not go to work on July 29, 2023, because he had a medical procedure on July 28, 2023. Instead of going to work as approved, Mr. Halls left his home, in deviation of his approved leave schedule, and went to a restaurant, 3 Margaritas, in Richland, Washington, and to an apartment complex located at 1310 West 5th Avenue, Kennewick, Washington. Initially, Mr. Halls denied leaving his home on July 29, 2023, but later admitted to being at these locations. Mr. Halls did not have permission, nor did he seek permission from probation, to be at these locations.

**<u>Violation #2</u>:** Larry Jay Halls is alleged to be in violation of his pretrial release conditions by failing to comply with home confinement by deviating from his approved location monitoring schedule on or about July 30, 2023.

Mr. Halls was approved to leave his residence on July 30, 2023, to go to work at Texas Roadhouse. Mr. Halls also reported he did not work on July 30, 2023, due to his medical procedure, but still left his home. Mr. Halls went to a gas station, Circle K, located at 1401 George Washington Way, Richland, Washington, and to a private residence located off South Young Court and West 6th Avenue in Kennewick, Washington.

Again, Mr. Halls initially denied leaving his home when questioned, but later admitted to having been dishonest and to being at these locations. Mr. Halls did not have permission, nor did he seek permission from probation, to be at these locations.

**Violation #3:** Larry Jay Halls is alleged to be in violation of his pretrial release conditions by loitering within 500 feet of an athletic field on or about July 30, 2023.

The undersigned officer reviewed the GPS mapping points for July 30, 2023, and the defendant was at a Circle K located at 1401 George Washington Way, Richland, Washington. This Circle K is directly across from an athletic softball fields (Jefferson Park). Mr. Halls admitted to the undersigned officer to being at this location. Mr. Halls was questioned about going specifically to this location and he stated, "I like to go to that one." It was noted this gas station is a mile and a half from Mr. Halls residence, and there is a gas station within a block of his home.

**Violation #4:** Larry Jay Halls is alleged to be in violation of his pretrial release conditions by tampering with his GPS tracker device on or before July 30, 2023.

On July 31, 2023, Mr. Halls reported to the probation office as instructed. During this office visit, the undersigned officer inspected the GPS tracker device and discovered holes had been punctured on the security clips that secure the strap into the GPS tracker device. Mr. Halls was questioned about this and he reported he did not know how this happened and that it might be from normal wear and tear. The holes punctured into the security clips are consistent with intentional tampering with the unit and not normal wear and tear.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 1, 2023

by   s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

August 1, 2023
Date