PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Halls, Larry Jay | Docket No. | 0980 4:21CR06016-MKD-,1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Larry Jay Halls, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 7th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

On May 7, 2021, a U.S. probation officer reviewed with the Defendant all the conditions of release. The Defendant signed a copy of his conditions of release and by doing so acknowledged a full understanding of his conditions, to include standard condition number 9 as noted above.

**Violation #5:** Larry Jay Halls is considered to be in violation of his conditions of pretrial release by using a controlled substance, marijuana, on or before August 2, 2023.

On July 31, 2023, Mr. Halls reported to the probation office as instructed. He was asked to submit a drug test but stated he would not be able to do so before the office closed for the day due to medications he was taking. Mr. Halls was directed to report to the probation office the following day, August 1, 2023, at 11 a.m. to complete a drug test.

Mr. Halls did not report at 11 a.m. and was contacted by U.S. Probation. He was contacted by telephone at 11:18 a.m. and stated his alarm did not go off.  Mr. Halls eventually reported at 11:45 a.m. He submitted a drug test that was presumptive positive for marijuana, but there was not enough of the sample to send to the laboratory for confirmation. Mr. Halls stayed in the probation office lobby and drank some water. About 12:30 p.m., he submitted another drug test. This sample tested positive presumptively for marijuana, but was still not enough of a sample to send to the laboratory. Mr. Halls was instructed to report on August 2, 2023, at 11 a.m., to provide another drug test. He was instructed to drink water but not excessively so as not to submit a diluted sample. He was also directed to provide a medical discharge summary to verify what medications he was prescribed.

On August 2, 2023, Mr. Halls reported as directed. He submitted a drug test which tested presumptively positive for marijuana. This sample was packaged and sent to Abbott Laboratories for confirmation.

On August 5, 2023, Abbott Laboratories sent confirmation to U.S. Probation that the drug test Mr. Halls submitted on August 2, 2023, was positive for marijuana.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT ON AUGUST 1, 2023

**Re: Halls, Larry Jay**
**August 8, 2023**
**Page 2**

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:            August 8, 2023

by          s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Alexander C. Ekstrom_

Signature of Judicial Officer

August 9, 2023

Date